UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TGG DIRECT, LLC,<br><br>    Plaintiff,<br><br>- against -<br><br>TRACI BARRIOS, and BARRIOS<br>HARDING ENTERPRISE LLC,<br><br>    Defendants. | Civil Action No. 1:21-cv-18732-RMB-AMD<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL<br>PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action without prejudice.

| | |
|---|---|
| Dated: January 26, 2022 | Respectfully submitted, |
| | *s/Chad Rutkowski*<br>Chad Rutkowski<br>Baker & Hostetler LLP<br>1735 Market Street, Suite 3300<br>Philadelphia, PA 19103<br>Tel: (215) 568-3100<br>Fax: (215) 568-3439<br>Email: crutkowski@bakerlaw.com<br><br>*Counsel for Plaintiff* |